UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WASHINGTON MUTUAL BANK

        Plaintiff,

        v.

NMSBPCSLDHB, a California limited partnership, et al.,

        Defendants.
_____/

No. C 07-0280 PJH

**ORDER VACATING HEARING DATE RE MOTION FOR SUMMARY JUDGMENT**

Before the court is defendants' application for an order shortening time for hearing on defendants' pending motion to dismiss, or in the alternative, for an order enlarging time for hearing on plaintiff's pending motion for summary judgment.

Having reviewed defendants' request and all supporting documentation, the court agrees that consideration of the pending motion to dismiss should precede consideration of any motion for summary judgment. Accordingly, and notwithstanding the fact that deadline for plaintiff's opposition to defendants' request has not yet passed, the court hereby VACATES the November 28, 2007 hearing date set for plaintiff's motion for summary judgment.

The December 19, 2007 hearing date on defendants' motion to dismiss shall proceed as scheduled. The court will discuss the re-scheduling of plaintiff's motion for summary judgment at that time.

**IT IS SO ORDERED.**

Dated: November 15, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge