United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WASHINGTON MUTUAL BANK,

    Plaintiff,

    v.

NMSBPCSLDHB, et al.,

    Defendants.
_____/

This order also relates to:

NMSBPCSLDHB v. Washington Mutual Bank,
C 07-6020 PJH
_____/

No. C 07-0280 PJH

**ORDER DEFERRING RULING ON MOTION FOR SUMMARY JUDGMENT**

    Plaintiff's motion for summary judgment came on for hearing before this court on January 30, 2008. Plaintiff, Washington Mutual Bank ("plaintiff"), appeared through its counsel, Anna S. McLean and Peter S. Hecker. Defendant NMSBPCSLDHB ("defendant"), appeared through its counsel, Jeffrey G. Huron and Gregory Dolton. For the reasons stated at the hearing, and in view of the court's January 31, 2008 order referring the parties to Magistrate Judge Zimmerman for a settlement conference, the court hereby DEFERS its ruling on plaintiff's motion.

    All future hearing dates on pending motions are hereby VACATED, both in the instant case, and in related case no. C 07-6020 PJH. All briefing deadlines in connection with all pending motions in both cases are also VACATED.

    Upon completion of the final settlement conference with Judge Zimmerman (the court anticipates that numerous sessions may be required), the parties are furthermore instructed to contact the courtroom deputy for the undersigned within one week of

completion, in order to schedule a case management conference in both cases.

**IT IS SO ORDERED.**

Dated: February 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge