UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK, | No. C07-0280 PJH (BZ) |
| Plaintiff(s), | **ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| NMSBPCSLDHB, | |
| Defendant(s). | |

As anticipated by Judge Hamilton in her Order dated February 1, 2008, another settlement conference is required. **IT IS THEREFORE ORDERED** that a further settlement conference is scheduled for **Wednesday, May 7, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS FURTHER ORDERED** that the defendant's principal, Robert Granum, shall be prepared to explain, under oath if necessary, why it would not be commercially reasonable for him to invest the money which Washington Mutual is willing to

1

release, rather than leaving it with Washington Mutual.

**IT IS FURTHER ORDERED** that a Senior Officer of Washington Mutual, not Mr. St. Pierre, attend and be prepared to explain, under oath if necessary, why Washington Mutual, if it retains the funds that Mr. Granum is willing to leave on deposit, would not earn enough to offset its attorney's fees.

Dated: April 17, 2008

_____
Bernard Zimmerman
United States Magistrate Judge