1  Gregory N. Dolton, State Bar No. 159451
   Gregory N. Dolton, Attorney at Law
2  708 Blossom Hill Road, No. 208
   Los Gatos, California 95032
3  Telephone: (408) 399-7540
   Fax: (408) 399-7542
4
5  Attorney for Defendants

6                      UNITED STATES DISTRICT COURT
7                      NORTHERN DISTRICT OF CALIFORNIA
8                            SAN FRANCISCO DIVISION
9

10  WASHINGTON MUTUAL BANK,                 Case No.: C 07 0280 PJH
11              Plaintiffs,                 STIPULATION TO RESCHEDULE MANDATORY
                                            SETTLEMENT CONFERENCE
12       vs.
                                            Date:       July 9, 2008
13  NMSBPCSLDHB, a California Limited Partnership; Time: 9:00 AM
    the Granum Family Trust, as General Partner of  Courtroom: Courtroom G
14  NMSBPCSLDHB; and Robert M. Granum II, as
    trustee of the Granum Family Trust,
15
                Defendants.
16

17       WHEREAS, on January 16, 2007, Washington Mutual Bank ("WAMU") filed the instant

18  action for declaratory relief, entitled *Washington Mutual Bank v. NMSBPCSLDHB, et al.*, C 07 0280

19  PJH;

20       WHEREAS, by order of United States Magistrate Judge Bernard Zimmerman, the parties to

21  this action were scheduled to appear for a further settlement conference on May 7, 2008;

22       WHEREAS, the defendants' principal needed to be out of state on a pressing family matter;
    and
23

24

25  _____
    **STIPULATION TO RESCHEDULE MANDATORY SETTLEMENT CONFERENCE**
                                          1

080512.wamu.mipap.schstip.doc

WHEREAS, Judge Zimmerman has consented to allow the settlement conference to proceed on July 9, 2008;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their respective counsel of record, that the settlement conference previously set for May 7, 2008 shall occur on July 9, 2008 at 9:00 AM in Courtroom G at 450 Golden Gate Avenue, San Francisco, California.

Dated: May 12, 2008

HELLER EHRMAN LLP

By /s/ Anna S. McLean
ANNA S. McLEAN
Attorneys for Plaintiff WASHINGTON MUTUAL BANK

Gregory N. Dolton, Attorney at Law

By /s/ Gregory N. Dolton
Gregory N. Dolton
Attorney for Defendants

APPROVED AND SO ORDERED.

May 19th, 2008

Hon. Bernard Zimmerman
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO RESCHEDULE MANDATORY SETTLEMENT CONFERENCE

080512.wamu.mipap.schstip.doc