UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK, | No. C07-0280 PJH (BZ) |
| Plaintiff(s), | |
| | **SCHEDULING ORDER** |
| v. | |
| NMSBPCSLDHB, | |
| Defendant(s). | |

**IT IS ORDERED** that a further telephonic settlement conference is scheduled for **Tuesday, August 12, 2008 at 9:30 a.m.**  All the parties who participated in today's conference shall participate in next Tuesday's conference by contacting **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

**IT IS FURTHER ORDERED** that in the event the case does not settle by next **Tuesday, August 12, 2008**, a settlement conference is scheduled for **September 10, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

1

Francisco, California 94102.  Each party should bring its last settlement proposal to the conference in electronic format and be prepared to do the necessary editing with the goal of having a signed settlement agreement by the end of the conference.  It may also be necessary for each side to bring a laptop computer unless that side is working in WordPerfect.

Dated: August 5, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.08\washingtonmutual.scheduling order.wpd

2