UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK, | ) ) ) | No. C07-0280 PJH (BZ) |
| Plaintiff(s), | ) ) ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE** |
| v. | ) ) | |
| NMSBPCSLDHB, | ) ) ) | |
| Defendant(s). | ) ) ) | |

A further telephone conference to discuss the progress of the settlement negotiations is scheduled for **August 14, 2008 at 1:30 p.m.** The parties shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: August 12, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

1