|   |   |   |
|---|---|---|
| 1 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WASHINGTON MUTUAL BANK,                ) No. C07-0280 PJH (BZ)
                                       )
            Plaintiff(s),              ) **ORDER SCHEDULING**
                                       ) **TELEPHONIC CONFERENCE**
      v.                               )
                                       )
NMSBPCSLDHB,                           )
                                       )
                                       )
            Defendant(s).              )
_____)

**IT IS HEREBY ORDERED** that unless the parties file an appropriate dismissal a telephone conference is scheduled for **this morning, Friday, September 12, 2008 at 11:00 a.m.**  Only counsel shall participate.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: September 12, 2008

　　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

g:\bzall\-refs\refs.08\WashingtonMutual.Further.TelConf3.wpd

1