PETER S. HECKER (No. 66159)
ANNA S. McLEAN (No. 142233)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
WASHINGTON MUTUAL BANK

GREGORY N. DOLTON (No. 159451)
GREGORY N. DOLTON, ATTORNEY AT LAW
708 Blossom Hill Road, No. 208
Los Gatos, California 95032
Telephone: (408) 399-7450
Facsimile: (408) 399-7542

Attorney for Defendants
NMSBPCSLDHB, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK,<br><br>            Plaintiff,<br><br>    v.<br><br>NMSBPCSLDHB, a California limited partnership; the Granum Family Trust, as General Partner of NMSBPCSLDHB; and Robert M. Granum, II, as trustee of the Granum Family Trust,<br><br>            Defendants. | Case No. C 07 00280 PJH<br><br>**STIPULATION AND DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties in this action, through their designated counsel, that pursuant to the settlement agreement reached between the parties, the above-captioned action be and hereby is dismissed pursuant to Federal Rules of

1

Civil Procedure, Rule 41(a)(1) in its entirety and with prejudice.

DATED: September 11, 2008　　　HELLER EHRMAN LLP

By: _____/s/ Anna S. McLean_____
　　Anna S. McLean
　　Attorneys for Plaintiff
　　WASHINGTON MUTUAL BANK

DATED: September 11, 2008　　　GREGORY N. DOLTON, ATTORNEY AT LAW

By: _____/s/ Gregory N. Dolton_____
　　Gregory N. Dolton
　　Attorney for Defendants NMSBPCSLDHB, a California limited partnership, the Granum Family Trust, as General Partner of NMSBPCSLDHB, and Robert M. Granum II, individually and as trustee of the Granum Family Trust

9/12/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION AND DISMISSAL OF ACTION WITH PREJUDICE; Case No. C 07 00280 PJH